June 20, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KRIS HALL AND HOLLY J. JONES, LARRY BISHOP AND CYNTHIA BISHOP, GEORGE CLARK AND DEBORAH CLARK, GARY MCGREGOR AND TERI MCGREGOR, SOLEDAD PINEDA AND CAROL SEVERANCE, Appellants

NO. 14-12-00323-CV            V.

JACKIE BEAN, DAN KELLOGG, KAY LEIPZIG, JANICE LUTHY, BOB MCDONALD, BRUCE REINHART AND KAREN VOLK, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Jackie Bean, Dan Kellogg, Kay Leipzig, Janice Luthy, Bob McDonald, Bruce Reinhart and Karen Volk, signed February 28, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Jackie Bean, Dan Kellogg, Kay Leipzig, Janice Luthy, Bob McDonald, Bruce Reinhart and Karen Volk.

We further order this decision certified below for observance.